FILED

12/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0307

DENNIS J. HOBBS,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

DEC 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant has filed a second motion for a 120-day extension of time to file his opening brief in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until April 8, 2021, within which to file his opening brief.

No further extensions will be granted. If the brief is not filed by the above date this matter will be dismissed.

DATED this 8 day of December, 2020.

For the Court,

By _____
Chief Justice